UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLE MODELS AMERICA, INC., et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PENMAR DEVELOPMENT CORP., et al.**<br><br>**Defendants.** | Civil Action No. 04-130 (JDB) |

**ORDER**

Upon consideration of defendants' motions to dismiss, the memoranda of the parties, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 5th day of October, 2005, hereby

**ORDERED** that summary judgment is **GRANTED** to defendants Elaine Chao and R. Les Brownlee on Counts I, II, and III of the Amended Complaint; it is further

**ORDERED** that summary judgment is **GRANTED** to defendants PenMar Development Corp. and James A. LaFleur on Counts I, IV, V, VI, and VII of the Amended Complaint; and it is further

**ORDERED** that Counts VIII and IX of the Amended Complaint are **DISMISSED**, without prejudice, for want of jurisdiction.

          /s/ John D. Bates
          JOHN D. BATES
          United States District Judge

Copies to:

Donald M. Temple
TEMPLE LAW OFFICES
1229 15th Street, NW
Washington, DC  20005
Email: TemplePC@aol.com

Jared Kenric Ellison
TEMPLE LAW OFFICES
1200 G Street, NW, Suite 370
Washington, DC  20005
Email: jaredellison@aol.com

*Counsel for plaintiffs*


Kevin K. Robitaille
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC  20001
Email: kevin.robitaille2@usdoj.gov

Uldric L. Fiore, Jr.
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC  20001
Email: uldric.fiore@usdoj.gov

Lawrence P. Fletcher-Hill
GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, LLC
233 East Redwood Street
Baltimore, MD  21202
Email: lfletcherhill@gfrlaw.com

Timothy F. McCormack
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, MD  21202
Email: mccormackt@ballardspahr.com

*Counsel for defendants*